JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ROTH, as Trustee for the VANESSA PRODUCTIONS, LTD., PROFIT SHARING PLAN,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY CHAIS, an individual; FRANCIS X. MANTOVANI; an individual; CRESCENT SECURITIES, a California Limited Partnership; THE LAMBETH COMPANY; a Limited Partnership; HALPERN & MANTOVANI; an accountancy corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  CV09-1434 GAF (CTx)<br><br>[Assigned to Hon. Gary A. Feess]<br><br>ORDER RE: REMAND |

LA1871115.1
209169-10001

ORDER
CASE NO: 09-1434 GAF (CTx)

1 | Based upon the joint stipulation of the parties filed concurrently, and for good cause:

1. This entire case should be remanded to the Superior Court of California, County of Los Angeles, where it is currently pending as Case Number BC404557; and
2. That, whether in this Court or upon remand, all defendants shall have until June 19, 2009 to respond to Plaintiff's First Amended Complaint.

Dated:  June 4, 2009

_____
Honorable Gary A. Feess
United States District Judge